IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DILLON CARL CARTER                                       PLAINTIFF

V.                      Civil No. 5:17-CV-5047

DEPUTY NATE TUCKER,
Benton County Detention Center                             DEFENDANT

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. At the times at issue in this case, Plaintiff was incarcerated in the Benton County Detention Center.

To date, all mail sent by the Court to Plaintiff at the Benton County Detention Center has been returned as undeliverable (Doc. 6, 7) with a notation that he is no longer at that facility. Documents returned as undeliverable include: Complaint Referred (Doc. 1); Application to Proceed IFP (Doc. 2); Order Granting IFP and Directing Prisoner Payment (Doc. 3); Magistrate Notice/Consent Furnished (Doc. 4); and Clerk's Order re PLRA Initial Fee (Doc. 5). No new address is available for Plaintiff.

Rule 5.5 (c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires a *pro se* party to keep the Court and opposing counsel informed of his current address. **IT IS THEREFORE ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to follow the rules of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 16th day of May, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE